USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

MYRON WAGNER,

                Defendant.

20 Cr. 408 (NSR)

SCHEDULING ORDER

NELSON S. ROMÁN, United States District Judge:

At the above Defendant's request, an in-person Evidentiary Hearing in connection with Defendant's Violation of Supervised Release is **scheduled for September 21, 2023 at 2:00 pm in Courtroom 218**.

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and in an effort to minimize the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: (1) **Dial the Meeting Number: (877) 336-1839**; (2) **Enter the Access Code: 1231334#**; (3) Press pound **(#)** to enter the teleconference as a guest.

Dated: August 3, 2023
        White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge